UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MARY ETTICE PENN, ) | CASE NO. 1:05 CV 1741 |
| Plaintiff, ) | JUDGE PATRICIA A. GAUGHAN |
| v. ) | |
| ) | <u>JUDGMENT ENTRY</u> |
| STATE OF OHIO, ) | |
| Defendant. ) | |

    This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 8/29/05